UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE
Sizemore, David

### Affidavit of David Sizemore

I, David Sizemore state under penalty of perjury as follows:

I was not employed during the year 2010 and was not required to file a state or federal tax return.

Further, affiants saeth not:

Dated March 28, 2016

_David Sizemore_
David Sizemore

s/Chuck Moss
Chuck Moss   OBA 6465
500 N Meridian, #500
Okla City, Ok   73107
405-949-5544
405-949-5572   (fax)
chuckmossattorney@outlook.com